# **EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re Application of the Republic of Turkey for an Order Under 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings | Case No.: 1:20-mc-85<br>Judge: Dan A. Polster |

### DECLARATION OF JOHN R. SANDWEG IN SUPPORT OF MOTION
### TO APPEAR PRO HAC VICE

Under 28 U.S.C. § 1746, I, John R. Sandweg, being of lawful age and based on my own personal knowledge, declare under the penalty of perjury as follows:

1. I am an attorney with the law firm of Nixon Peabody LLP. My telephone number is (202) 585-8189. My facsimile number is (877) 743-5914. My email address is jsandweg@nixonpeabody.com.

2. I certify that I am eligible for admission *pro hac vice* before this Court. I am licensed to practice law before, and am a member in good standing of, the Bar of the District of Columbia. My bar number is 1027208, and I was admitted to the Bar of the District of Columbia on June 8, 2015.

3. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state, nor have I ever received reprimand from any such court, department, bureau or commission pertinent to conduct or fitness as a member of the bar.

4. I am familiar with the facts and circumstances of this case and make this affidavit in support of my application for *pro hac vice* admission to practice before this Court in this action only.

2

4828-1906-0682, v.1

5.   I agree to be bound by the Local Rules of this Court and the Ohio Rules of Professional Responsibility governing attorney conduct in Ohio in connection with my work on this matter.

The foregoing Declaration is true and correct, and this Declaration was executed on September 1, 2020.

/s/ *John R. Sandweg*
John R. Sandweg
